**Dismissed and Memorandum Opinion filed July 25, 2017.**



**In The**

# Fourteenth Court of Appeals

## NO. 14-17-00237-CV

**TOKES ADLEYE, Appellant**

**V.**

**MAGARET DRISCAL, Appellee**

### On Appeal from the 310th District Court
### Harris County, Texas
### Trial Court Cause No. 2013-66224

## M E M O R A N D U M   O P I N I O N

This is an attempted appeal from an amended post-judgment order on certain bankruptcy issues. The post-judgment order was issued in response to an order of this court in Cause No. 14-14-00822-CV. Certain limited classes of post-judgment orders have been recognized as appealable orders. *See Walter v. Marathon Oil Corp.*, 422 S.W.3d 848, 855 (Tex. App.—Houston [14th Dist.] 2014, no pet.). However, the trial court's order does not fall within any of those classes. *Id.*

On June 20, 2017, notification was transmitted to the parties of this court's intention to dismiss the appeal for want of jurisdiction unless on or before July 5, 2017, appellant filed a response demonstrating grounds for continuing the appeal. *See* Tex. R. App. P. 42.3(a). Appellant filed no response.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Jamison, Wise, and Jewell.